# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CHRISTOPHER PRIEBE,<br><br>Defendant | Case No. 2:21-mj-817-DJA<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint 2:21-mj-817-DJA filed against defendant CHRISTOPHER PRIEBE.

DATED this  22nd  day of March, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Mina Chang

MINA CHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  23rd  day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS